UNITED STATES DISTRICT COURT
Southern District of New York

Ruslan Sadikhov 24B0700
Plaintiff

against

3-NYS DOCCS Correction Officers **26 CV 1008**
Francisco Moreira, Keith Sposato, Kevon Williams, (
(C.O's) and (Supervisor on duty)
Danie F. Martuscello, III (Commissioner)

RECEIVED
SDNY PRO SE OFFICE
2026 FEB -5  AM 10: 58

COMPLAINT
( Prisoner )

Do you want a Jury Trial ?
☒ Yes   ☐ No

1. Legal Basis For Claim
☒ Violation of my Federal Connstitutional Rights
☐ Other

2. Plaintiff Information
Ruslan                    Sadikhov
First Name     Midle Nam     Last Name

NYS DIN 24B0700

AUBURN Correctional Facility
P.O. BOX 618
AUBURN               New York        13024
county city          state           zip

3. PRISONER STATUS
☐ Pretria Detainee
☐ Civilly Com Detaine
☐ Imigration Detainee
☒ Convicted and Sentenced prisoner
☐ Other

C.C.F

4. Defendant Information

Defendant 1: Francisco Moreira   (Correction Officer)
- Height: 5.7
- Weight: approx. 320 lbs
- Race: BLACK

Correction Officer

Green Haven Correctional Facility 594 Rte. 216

Dutchess County, Stormville, NY 12582-0010
County City                              State              zip

Defendant 2: Keith Sposato         (Former Correction Officer)
- Height: 5.5
- Weight: approx. 240 lbs
- Race: Caucasian

Green Haven Correctional Facility 594 Rte. 216

Dutchess County, Stormville, NY 12582-0010
County, City,                              State              zip

Defendant 3: Keron Williams      (correction Officer)
- Height: 5.10
- Weight: approx. 176 lbs
- Race: BLACK

Defendant 4: Sergeant Melody Perez (née Rodriguez)
- Height: 5.6
- Weight: approx. 165 lbs
- Race: White Latina

Defendant 5: Daniel F. Martuscello III Commissioner
NYS Department of Correction and Community Supervision
("DOCCS")

4 Statement of Claim

place(s) of occurrence: Green Haven Correctional Facility
Date(s) of occurrence: February 16, 2024

Facts:
State here briefly the FACTS that support youre case, Describe what happened, how you were harmed, and how each defendant was personally involved in the Alleged wrongful actions Attach adolitional pages as necessary.

See Attachment.

(Namaly)    Amended Complaint.

STATEMENT OF CLAIM

Facts:
This complaint irises from the violation of Mr. Sadikhow constitutional rights at the hans of NYS DOCCS Staff Members,
On February 16. 2024, Mr. Sadikhov 24B0700, [AUBURN Correctional Facility, P.O. BOX 618, AUBURN, New York 13024 cu--rrent address]; was transfered from Rikers Island to Green Haven Correctional Facility, located in the county of Dutchess, 594 Rte. 216, Stormville, New York 12582-0010. Mr. Sadikhov was there for reception intake along with a host of others whom were trans at the same time. Upon entering the facility all incare→

- all incarcerated individuals "I/I" were grouped together and put into a large hol--ding cell to await further instructions. The next instruction given was to face to wall with Mr. Sadikhov complied with and without provacation was singled out and punished for reasons at the time.

C.O.1) Fracisco Moreira, (short, Fat African American) came up behind Mr. Sadikhov and suddenly snatched his kufi [(religious headgear)] off and throws it to the floor and begins to stomp on it while screaming and yelling he was going to throw him the SHU then sud--denly Fracisco Moreira starts to assault Mr. Sadikhov by punching him about the face / neck area in the kidneys all the while still screaming and threatening to throw Mr. Sadikhov in SHU.

After his assault Fracisco Moreira begins to escort Mr. Sadikhov towards the shower area of intake towards nother DOCCS Staff Member C.O. 2) short, fat hispanic male) whom orders sadikhov to remove his clothing in order to take a "Fast Shower." Mr. Sadikhov complied with said orders but Keith Sposato without provacation begins to pick where Moreira left off by pun--ching Sadikhov in the face, stomach, chest area around his heart multiple times screaming "Welcome to hell" durin the course of this Attack.

Once Keith Sposato was done with this vicious attack he called on and correction officer C.O. 3) Kevon Williams (skinny tall, African American, male) was the next phase of the intake process was the shower. Sadikhov once finished with the shower, called out to C.O. 3) Kevon Williams on what was the next steps when Kevon Williams came inside the shower area and began to punch Sadikhov in the face, stomach, eye very hard for no apparent reason.

After in the action Sadikhov was told to bend over and spread his butt cheeks per direction as part of the search then with a violent thrust Sadikhov felt sudden violent blinding pain in his rectum area and realized it was from C.O. 3) Kevon Williams ramming and thrusting his finger up Mr. Sadikhov anus ~~~~ causeing him to nearly pass out from the pain and causing him to fall to the floor because of the pain from C.O. 3) Kevon Williams had already been fondling Mr. Sadikhov genital area.

After this brutal physical Sexual Assault Kevon Williams still had more left to do to humiliate Mr. Sadikhov was rushed to get dressed while still being threatened to not seek any medical atention and to keep his mouth

- mouth shut, dont sign up for sick call or officers can his death look like a suicide. Mr. Sadikhov was forced into a barber chair and his beard was forcible cut off even thou he is documented Muslim, yet id didn't matter to the staff it only made them want to do these acts even more than before and all the while other staff members including their superiors were there yet no one took any steps to protect my constitutional rights 1, 8, 14th amendment rights.

After transfered to another facility [ELMIRA then ATTICA), Mr. Sadikhov have explained this situation to doctors and other staff and a formal PREA complaint has been filed with the Department.

## INJURIES:

Mr. Sadikhov suffered from a swollen face, the beating has caused a limp his walk whic wasn't there before the beating, Multiple Spine Fractures, knee fracture, neck fractures, and now life following crazy pain cant handle how bags, Bruises all over Sadikhov body, swollen eye, sever panic attacks when hearing keys, sleep deprivation due to being afraid of if/when this happen again, and rectal bleeding from the violent sexual assault. Mr. Sadikhov has documented proof of injuries on file high level of PTSD,

## 5.                    RELIEF

The relief sought is immediate firing of all found liable for this vicious attack and retraining of those whom just stood around and did nothing; No ~~the~~ retaliation from DOCCS for filing this complaint; and the recovery of punitive damage in the amount of $ 10,000 000.

Good morning Your Honorable Kenneth M. Karas

First i want inform to the Court about my current facility AUBURN Correctional Facility. P.O. BOX 618, AUBURN, New York 13024

2nd) NYS DOCCS is not provided correct defendants picturers, they first missed time frame for 45th days scence Nov 18 2025 to complite the investigation and provide me the correct picturers, sheld No, and et.., they 2 OSI (Office of Special Investigation) 2 investigators came to AUBURN on Jan. 22. 2026, and trying playing Mind thride they bring multiple black and white in civilian cloth peoples pictures and refuse to provided correct 3-4 correction Officers,

Kirby Francois
Keith Sposato
Francisco Moreira
Keron Williams,

they (investigators) trying put investigation on wrong way they currupt they play gaines Court Order, and they lie, they (invest) tell me they have extension time, when im ask to show proof they cant show or explain anything Just Set up they supervisor, Names Martines, even im asking to provide or show me the 4 C.O.s pictures they refuse. Folsely maken rules Laws and they how only right, after after they promise me to came to see me again and fix this problem, by my memory and information i have i Did Namely Amended Complaint, I hope, i tryed my best w my bad English.

im write multiple certfied Legal Mails from Five Points C,F. but Five Points Mail Room no send in Court mail lost they Mail Room not respo-nd for letters, and now is AUBURN C.F. Mail Room Legal Mail Officers say they love play Mail games wit inmates Legal Mails, i hope this Mail gonna reach your Honor Please i need HELP FROM USMS (US Marshal Services) to take me Outside the Hospital this facility has danger virus every body sick COVID 19 Phneomonia and they Refuse to Provided Medication's or test, i cant taste and smell nothing, high body temperatures all day all night, Sweat sleeping time, all bond and muscle griended crazy pain, cough, loong pain tee crash glasses in loung they refuse all of my sick calls, scence Nov 29.2025 im living wit Metal Steples in my Head they refuse to Pull them Out from my Head, they DOCCS want i get infected brain infection and im Die,

Your Honorable Kenneth M. Karas, NYS DOCCS is not taken Court order serious they Hives evidences. folsly maken folse records. folse Medical records, they Refuse and Deny Requests for CANCER Scane HIV Blood work providind a daly 2400 calories in 3 Meals each 800 calories. and medications, i feel im under tourche Mental tourcher, PLEASE I NEED HELP FROM US MARSHAL SERVICES TO IMMIDIETLY HOSPITALISE ME, i Feel Im Start Seek Cancer and they DOCCS Hived that fact, i want know true what huppe to me,

- and AUBURN C.F. Health Care Services is not doing COV 19 tests no providing no medications Dental Services newer respond for Sick Calls, almost every day im write Emergency sick Calls for ashing requesting to A.S.A.P. Seen Doctor for Pull Out Metal Staples from my Head wit bemed under my skin and now need surgery to take them (staples) out from my Head, scence Nov. 29:2025, scence today im keep writing sick call wit Hope may they respond and help me,

Im sufering to many injuries and trauma's wich gonna stay wit me rest of my life, im serius injuried and damaged by NYS DOCCS Correction Members Prison by Prison, Only Punishment, a lot of Mental Punishment they Dameging us, They suppossed to pay for all this injuries Trauma Dameges with gonna stay with me restn of my life,

You're Honorable Judge Kenneth M. Karas i want ask Your Granted for Def. Judgement, because NYS DOCCS and OSI (Office" Special Investigation) Playing to many games in this Case.

Thank You

Very truly yours,
Mr, Sadikhov Ruslan 24B0700

Jan. 23. 2026.
Carbon Copy Fil. C.C.F.



Saolikhov Ruslan 24B0700
AUBURN Correctional Facility
P.O. BOX 618
AUBURN, New York 13024

to **Pro se**
Clerk of Court
United States District Court
Southern District of New York
U.S. Courthouse - 500 Pearl Street
New York, NY 10007

US POSTAGE
ZIP 13021 $01
02 1W
0001387039 JAN.

RECEIVED
FEB - 5 2026
CLERK'S OFFICE
S.D.N.Y.

C.C.F.