UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUSLAN SADIKHOV,

                              Plaintiff,

        -against-

C.O. FRANCISCO MOREIRA, GREEN
HAVEN CORRECTIONAL FACILITY;
KEITH SPOSATO, FORMER
CORRECTION OFFICER AT GREEN
HAVEN CORRECTIONAL FACILITY;
C.O. KEVON WILLIAMS; SERGEANT
MELODY PEREZ; COMMISSIONER
DANIEL F. MARTUSCELLO, III,

                              Defendants.

26-CV-1008 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

        Plaintiff, who is currently incarcerated at Auburn Correctional Facility, brings this *pro se* action under 42 U.S.C. § 1983, alleging that correction officers at Green Haven Correctional Facility violated his constitutional rights. For the following reasons, the complaint is dismissed.

        Plaintiff has previously submitted to this court a substantially similar complaint alleging that unidentified correction officers at Green Haven Correctional Facility violated his constitutional rights. That case is pending before the Honorable Kenneth M. Karas of this Court under docket number 24-CV-6621 (KMK). It appears that in the complaint in this case, Plaintiff substitutes the unidentified John Doe defendants in No. 24-CV-6621 (KMK) with identified correction officials, in an apparent attempt to file an amended complaint in No. 24-CV-6621 (KMK). Because this complaint raises the same claims, no useful purpose would be served by the filing and litigation of this duplicate lawsuit. Therefore, this complaint is dismissed without prejudice to Plaintiff's pending case under docket number 24-CV-6621 (KMK).

In light of the Court's belief that Plaintiff may have submitted this duplicate complaint in error, the Court directs the Clerk of Court not to charge Plaintiff the $350.00 filing fee for this action, and the Warden or Superintendent having custody of Plaintiff shall not deduct or encumber funds from Plaintiff's prison trust account for this lawsuit.

## CONCLUSION

The Court dismisses Plaintiff's complaint as duplicative of No. 24-CV-6621 (KMK).

The Court directs the Clerk of Court not to charge Plaintiff the $350.00 filing fee for this action.

The Court further directs the Clerk of Court to docket the complaint in this matter as an amended complaint in No. 24-CV-6621 (KMK).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    February 17, 2026
              New York, New York

                                        /s/ Laura Taylor Swain
                                     LAURA TAYLOR SWAIN
                                  Chief United States District Judge

2