UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUSLAN SADIKHOV, | |
| Plaintiff, | |
| -against- | 26-cv-1008 (LTS) |
| C.O. FRANCISCO MOREIRA, GREEN HAVEN CORRECTIONAL FACILITY; KEITH SPOSATO, FORMER CORRECTION OFFICER AT GREEN HAVEN CORRECTIONAL FACILITY; C.O. KEVON WILLIAMS; SERGEANT MELODY PEREZ; COMMISSIONER DANIEL F. MARTUSCELLO, III, | CIVIL JUDGMENT |
| Defendants. | |

For the reasons stated in the February 17, 2026, order, the Court dismisses Plaintiff's complaint as duplicative of No. 24-CV-6621 (KMK).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    February 24, 2026
          New York, New York

                                   /s/ Laura Taylor Swain
                                   LAURA TAYLOR SWAIN
                                   Chief United States District Judge